1
2
3
4
5
6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )  Case No.: SACR-06-00156-JVS
11 |                      Plaintiff,  )  ORDER OF DETENTION
                  v.                  )  (FED.R. CRIM. P.32.1(a)(6); 18
12 |                                  )  U.S.C. § 3143(a))
     JOSE FRANCISCO NAVA              )
13 |                                  )
                      Defendant.      )
14 |_____)

15
       The defendant having been arrested in this District pursuant to a warrant
16
   issued by the United States District Court for the __Central__
17
   District of __California__ for alleged violation(s) of the terms and
18
   conditions of probation or supervised release; and
19
       Having conducted a detention hearing pursuant to Federal Rule of Criminal
20
   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
21
   A.    (✓)   The defendant has not met his/her burden of establishing by clear and
22
               convincing evidence that he/she is not likely to flee if released under
23
               18 U.S.C. § 3142(b) or (c). This finding is based on the following:
24
                 • UNKNOWN BACKGROUND
25
                 • UNKNOWN BAIL RESOURCES
26
                 • SUBMISSION TO DETENTION
27
                                         1
28

1 and/or

2 B.    ( )    The defendant has not met his/her burden of establishing by clear and
3            convincing evidence that he/she is not likely to pose a danger to the
4            safety of any other person or the community if released under 18
5            U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 9/17/13

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2